*Bello v. Barden, 3:01CV1531  Deft's Exhibit List*

## TABLE OF EXHIBITS TO BARDEN'S PROPOSED FINDINGS OF FACT

*All full 5/25/05* ✓

| EXHIBIT NO. | DOCUMENT* |
|---|---|
| 1 | Complaint, Bello, et al. v. Barden Corporation |
| 2 | Superfund Lien |
| 3a | Complaint, Bello, et al. v. L.S.M., et al. (Superior Court) |
| 3b | Complaint, Bello, et al. v. Eldorado, et al. (Superior Court) |
| 4a | Appearance for Palladin (Superior Court) |
| 4b | Appearance for Mattatuck and Winsted (Superior Court) |
| 4c | Appearance for B.M.I. and Royal Screw Machine (Superior Court) |
| 5 | Table of Superior Court Defendants *(shaded)* |
| 6 | Defendants' Request to Revise (Superior Court) |
| 7 | Plaintiffs' Request for Leave to Amend Complaint (Superior Court) |
| 8 | Defendants' Objection to Request for Leave to Amend (Superior Court) |
| 9 | Motion for Consolidation (Superior Court) |
| 10 | Revised Complaint, Bello, et al. v. L.S.M., et al. (Superior Court) |
| 11 | Excerpt of Transcript, June 29, 2001 Status Conference (Superior Court) |
| 12a | Order of Nonsuit, Bello, et al. v. L.S.M., et al. (Superior Court) |
| 12b | Order of Nonsuit, Bello, et al. v. Eldorado, et al. (Superior Court) |
| 12c | Order of Nonsuit, Bello, et al. v. Arcade Metal Stamping, et al. (Superior Court) |
| 12d | Order of Nonsuit, Bello, et al. v. R.I. Buckle Co., et al. (Superior Court) |
| 12e | Order of Nonsuit, Bello, et al. v. Fenn Mfg. Co., et al. (Superior Court) |
| 12f | Order of Nonsuit, Bello, et al. v. Schulz Electric Co., et al. (Superior Court) |
| 12g | Order of Nonsuit, Bello, et al. v. Giordano Construction Co., et al. (Superior Court) |
| 13a | Plaintiffs' May 29, 2001 Settlement Offer to Palladin (Superior Court) |
| 13b | Plaintiffs' May 9, 2001 Settlement Offer to Mattatuck (Superior Court) |
| 13c | Plaintiffs' May 8, 2001 Settlement Offer to Winsted (Superior Court) |
| 13d | Plaintiffs' May 29, 2001 Settlement Offer to Royal Screw Machine (Superior Court) |
| 13e | Plaintiffs' May 15, 2001 Settlement Offer to B.M.I. (Superior Court) |
| 14 | Plaintiffs' May 8, 2001 Settlement Offer to Barden (Superior Court) |

*(13a–14 shaded)*

LEGEND:
Plain box = Document available to public
Shaded box, plain text = Document generated by Danielle Duprey-Bonsignore
Shaded box, bold text = Document generated by Umeugo & Associates, P.C.
Shaded box, italicized text = Document provided by counsel for other defendants

---

* All documents refer to litigation in U.S. District Court unless otherwise indicated.

{W1202565}

## TABLE OF EXHIBITS TO BARDEN'S PROPOSED FINDINGS OF FACT

All full 5/25/05

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 15a | Complaint, Bello, et al. v. Gros-Ite Spindle, et al. (Superior Court) |
| 15b | Photocopies of Settlement Check from Gros-Ite Industries and Settlement Check from Apex Machine Tool Co. (Superior Court) |
| 16 | Table of District Court Defendants |
| 17 | Complaint, Bello, et al. v. Winsted |
| 18 | Complaint, United States v. A-1 Auto Service, Inc., et al. |
| 19 | Complaint, United States v. Ralph Bello, et al. |
| 20a | Complaint, Bello, et al. v. J.F. Fredericks Tool Co., et al. |
| 20b | Complaint, Bello, et al. v. Hartford Compressor, et al. |
| 21a | Appearance for Barden |
| 21b | Appearance for Winsted |
| 21c | Appearance for Howard |
| 21d | Appearance for Mattatuck |
| 22a | Order of Transfer, Bello, et al. v. J.F. Fredericks Tool Co. |
| 22b | Order of Transfer, Bello, et al. v. Hartford Compressor |
| 23a | Plaintiffs' October 26, 2001 Settlement Offer to Barden |
| 23b | Plaintiffs' October 26, 2001 Settlement Offer to Winsted |
| 23c | Plaintiffs' October 26, 2001 Settlement Offer to Howard |
| 23d | Plaintiffs' October 26, 2001 Settlement Offer to Mattatuck |
| 24 | Consent Decree, United States v. A-1 Auto Service, Inc., et al. |
| 25 | Federal Register Notice, October 4, 2001 |
| 26a | Barden's Motion to Dismiss (Cover Page), Bello, et al. v. Barden |
| 26b | Barden's Memorandum in Support of Motion to Dismiss (Cover Page), Bello, et al. v. Barden |
| 26c | Barden's Request for Leave to Supplement its Memorandum in Support (Cover Page), Bello, et al. v. Barden |
| 26d | Plaintiffs' Memorandum in Support of Objection to Motion to Dismiss, Bello, et al. v. Barden |
| 26e | Barden's Reply to the Memorandum in Opposition, Bello, et al. v. Barden |
| 27 | Ruling on Motion to Dismiss, Bello, et al. v. Barden |
| 28 | Endorsement Order, Bello, et al. v. Winsted |
| 29a | Barden's January 14, 2002 Settlement Offer |
| 29b | Barden's January 16, 2002 Settlement Offer |
| 30 | Excerpt of Transcript, January 16, 2002 Status Conference |
| 31a | Plaintiffs' Amended Complaint, Bello, et al. v. Barden |
| 31b | Plaintiffs' Amended Complaint, Bello, et al. v. Winsted |
| 32a | Settlement Conference Calendar, Bello, et al. v. Barden |
| 32b | Settlement Conference Order, Bello, et al. v. Barden |
| 32c | Settlement Conference Order, Bello, et al. v. Winsted |

Annotations: 15b, 16 } shaded; 23a–23d } shaded; 29a, 29b } shaded

{W1202565}

## TABLE OF EXHIBITS TO BARDEN'S PROPOSED FINDINGS OF FACT

*All full 5/25/05*

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 33a | Plaintiffs' January 22, 2002 Settlement Offer to Barden *(shaded)* |
| 33b | Plaintiffs' January 22, 2002 Settlement Offer to Winsted *(shaded)* |
| 34a | Complaint, Bello, et al. v. Doncasters Inc. |
| 34b | Complaint, Bello, et al. v. Allegheny Ludlum Corporation |
| 34c | Complaint, Bello, et al. v. Tyler Equipment Corporation |
| 34d | Complaint, Bello, et al. v. Magna Wind, Inc. |
| 34e | Complaint, Bello, et al. v. O.F. Mossberg & Sons, Inc. |
| 35a | Plaintiffs' Release as to Doncasters, Inc. *(shaded)* |
| 35b | Plaintiffs' Release as to Allegheny Ludlum Corporation *(shaded)* |
| 35c | Plaintiffs' Release as to Tyler Equipment Corporation *(shaded)* |
| 35d | Plaintiffs' Release as to Magna Wind, Inc. *(shaded)* |
| 36 | Table of Dismissed Defendants *(shaded)* |
| 37a | Barden's Motion to Dismiss the Amended Complaint Pursuant to FRCP 12(h)(3) (Cover Page) |
| 37b | Barden's Motion for the Issuance of a Court Order to Provide for Discovery (Cover Page) |
| 37c | Barden's Motion for Stay and Consolidation (Cover Page) |
| 37d | Barden's Memorandum in Support of the 12(h)(3) Motion to Dismiss (Cover Page) |
| 37e | Barden's Memorandum in Support of the Motion for a Court Order (Cover Page) |
| 37f | Barden's Memorandum in Support of the Motion for Stay and Consolidation (Cover Page) |
| 38a | Barden's Notice of Intent to Seek Sanctions against Plaintiffs' Counsel |
| 38b | Barden's Notice of Intent to Seek Sanctions against Plaintiffs |
| 39 | Excerpt from Transcript of January 24, 2002 Status Conference |
| 40 | Barden's Notice of Tender of Settlement Payment |
| 41a | Judgment and Order of Dismissal, Bello, et al. v. Barden |
| 41b | Judgment and Order of Dismissal, Bello, et al. v. Winsted |
| 41c | Order of Dismissal: Bello, et al. v. J.F Fredericks Tool Co., et al.; Bello, et al. v. Warner Lambert Co.; Bello, et al. v. Hartford Compressor, et al. |
| 42a | Deft's motion for order re: discovery/sanctions (endorsed) |
| 42b | Pltf's compliance w/discovery request order |

{W1202565}