TO: Judge Thompson

FAX NUMBER: 860 240 3465

INCLUDING THIS COVER SHEET TOTAL NUMBER OF PAGES ARE 6

FROM: RALPH R. BELLO

COMMENTS:

The Clerk shall docket these documents, which were discussed at a telephonic conference with defense counsel and plaintiff Bello on May 25, 2005, as a supplemental submission in opposition to defendant's motion for sanctions. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/26/05

FILED
2005 MAY 26 P 1:02
DISTRICT [COURT]
[HART]FORD, C[T]

RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
PO Box 120
Hartford, CT 06141-0120

(860) 808-5020
Tel. No. (860) 808-2070
Fax No. (860) 808-1119

Office of The Attorney General
## State of Connecticut

July 1, 1997

Ralph R. Bello
840 Orange Avenue
West Haven, CT 06516

Re: *Compliance by National Oil Recycling & Environmental Services, Inc.*

Dear Mr. Bello:

As you note in your letter, the court has ordered National Oil Recycling & Environmental Services, Inc., in a contempt hearing, to provide secondary containment for the tanks located on the property which National Oil leases from you. I am pleased that as a landlord you intend to take an active interest in ensuring that your tenant's conduct complies with State environmental laws.

I am enclosing a copy of a letter dated June 9, 1997 from the State Department of Environmental Protection which you may have already received regarding the construction of National's tank containment system. I would suggest that if you have additional specific and technical questions that you address them directly to Supervising Sanitary Engineer Peter Ploch of the Department of Environmental Protection at (860) 424-3280.

Thank you for your interest in this matter. Please do not hesitate to contact me again, if my office can be of further assistance to you.

Very truly yours,

RICHARD BLUMENTHAL

RB/JR:prd

UH: 795

NO. CVNH 9710-0401                      SUPERIOR COURT

RALPH R. BELLO, ET AL

VS.                                                          JUDICIAL DISTRICT
                                                                                   OF NEW HAVEN
                                                                                   HOUSING SESSION

NATIONAL OIL RECYCLING AND
ENVIRONMENTAL SERVICES, INC. ET AL                February 24, 1998

MEMORANDUM OF DECISION

The defendants were defaulted for failure to plead. Thereafter, the plaintiffs claimed the case for a hearing in damages. Prior to the hearing, the named defendant filed a notice of bankruptcy, pursuant to Practice Book § 250A. The action is stayed as to that defendant only. Bank of Boston Connecticut v. Piancatelli, 41 Conn. Sup. 581, 583, 596 A.2d 27 (1991); see Pitts v. UNARCO Industries, Inc., 698 F.2d 313 (7th Cir. 1983); Akers v. Bonifasi, 629 F. Sup. 1212, 1213 (M.D.Tenn. 1985); Ashman & Bakerfield, Inc. v. Backos, 129 B.R. 35 (E.D.Pa. 1991); Greene & Kellogg, Inc. v. Oxford Hospital, Inc., 95 B.R. 26 (E.D.Pa. 1989); In re Meyerland Co., 82 B.R. 831 (S.D.Tx. 1988); Climax Molybdenum Co. v. M/V Seatrain Antwerp, 51 B.R. 192, 194-195 (D.Md. 1984); Almy v. Terrace Land Development Ltd., 32 B.R. 590, 591 (N.D.Cal. 1983); see also Mass. State Carpenters Pension Fund v. Atlantic Diving Co., Inc., 635 F. Sup. 9 (D.Mass. 1984); Cue Industries, Ltd. v. Aeronplace Holdings Co., 116 B.R. 10 (S.D.N.Y. 1990).

A hearing in damages having been held, judgment may enter on the first count in favor of the plaintiffs and against the defendant National Oil Services, Inc. in the amount of

JUDGE AFUN DECISION

$350,000.00; against the defendant National Tank & Construction Co. in the amount of $212,000.00; against the defendant Atlantic Environmental Laboratory, Inc. in the amount of $423,000.00; against the defendant Bell Harbor Environmental Co. in the amount of $60,000.00; against the defendants Robert W. Pattison, Sr. and Wendy Pattison in the amount of $1.00.

On the second count, judgment may enter in favor of the plaintiffs and against all of the defendants, excluding the named defendant, in the amount of $1,000,000.00, plus taxable costs.

BY THE COURT

Bruce L. Levin
Judge of the Superior Court



# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



### Telecopier Transmittal Cover Sheet

Date: 10/10/97

To: Rocky Belle
Peoples Photo ID Systems

Telephone #: _____

Fax #: 203-937-8274

From: Peter Ploch

Telephone #: 860-424-3280

**Department of Environmental Protection
Waste Engineering and Enforcement Division
Waste Management Bureau
Fax: (860) 424-4059**

RE: National Oil

Number of Pages Including Transmittal Sheet: 4

### Comments

This is Judge Berger's decision in the contempt proceeding against National. Basically the decision prevents National from receiving and processing any waste. National will be sent a letter explaining what has to be done as far as removal of waste and decontamination of the facility.

If You Do Not Receive All Pages Clearly, Please Call.

He has defied your orders!

Pete Ploch

(Printed on Recycled Paper)
79 Elm Street • Hartford, CT 06106-5127
An Equal Opportunity Employer