UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 OCT 27 P 1:21
U.S. DISTRICT COURT
NEW HAVEN, CT

Ralph Bello and Vera
Associates Limited Partnership

v.     CIVIL CASE NO. 3:01cv01531(AWT)

Barden Corporation

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), <u>Ikechukwu Umeugo</u> hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
<u>Motion For Sanctions (see attached)</u>

2. The Judgment /Order in this action was entered on <u>9/29/06</u>.
(date)

_____
Signature

Ikechukwu Umeugo
Print Name

Umeugo & Associates, P.C.
620 Boston Post Road
West Haven, CT 06516
Address

Date: 10/25/06          203-931-2680
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).