### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP, | |
| Plaintiffs, | CIVIL ACTION NO. |
| VS. | 3:01CV01531 (AWT) |
| BARDEN CORPORATION | |
| Defendant. | NOVEMBER 1, 2006 |

### APPEARANCE OF FRANCES CODD SLUSARZ

Please enter the Appearance of the undersigned, Frances Codd Slusarz, on behalf of the defendant, BARDEN CORPORATION.

Respectfully submitted,

BY: _____
Frances Codd Slusarz
Federal Bar No. ct24442
Carmody & Torrance LLP
50 Leavenworth Street; P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Fax: 203-575-2600
fslusarz@carmodylaw.com

{W1605886}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that on November 1, 2006, a copy of APPEARANCE OF FRANCES CODD SLUSZARZ was filed electronically [and served by mail on anyone unable to accept electronic filing.] Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Frances C. Slusarz
Frances Codd Slusarz
Federal Bar No. ct24442
Carmody & Torrance LLP
50 Leavenworth Street; P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Fax: 203-575-2600
fslusarz@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200
2