# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

..................................................................

RALPH BELLO AND VERA ASSOCIATES    :
LIMITED PARTNERSHIP,               :
                       Plaintiffs, :    CIVIL ACTION NO.
VS.                                :    3:01CV01531 (AWT)
                                   :
                                   :
                                   :
BARDEN CORPORATION                 :
                       Defendant.  :    NOVEMBER 20, 2006

..................................................................

## APPEARANCE OF DAVID S. HARDY

Please enter the Appearance of the undersigned, David S. Hardy, on behalf of

the defendant, BARDEN CORPORATION.

Respectfully submitted,

BY:  _____
David S. Hardy
Federal Bar No. ct 20904
Carmody & Torrance LLP
195 Church Street; P.O. Box 1950
New Haven, Connecticut 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dhardy@carmodylaw.com

## CERTIFICATION

This is to certify that on November 20, 2006, a copy of APPEARANCE OF

DAVID S. HARDY was filed electronically [and served by mail on anyone unable to

accept electronic filing.]  Notice of this filing will be sent by e-mail to all parties by

operation of the Court's electronic filing system [or by mail to anyone unable to

accept electronic filing].  Parties may access this filing through the Court's system.

David S. Hardy
Federal Bar No. ct 20904
Carmody & Torrance LLP
195 Church Street; P.O. Box 1950
New Haven, Connecticut 06509-1950
Telephone:  (203) 777-5501
Facsimile:  (203) 784-3199
E-mail:  dhardy@carmodylaw.com