UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP, | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| VS. | : | 3:01CV01531 (AWT) |
| | : | |
| BARDEN CORPORATION | : | |
| Defendant. | : | DECEMBER 1, 2006 |

### BARDEN CORPORATION'S APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

Barden Corporation ("Barden") submits this Application for Attorneys' Fees and Expenses pursuant to the Court's Ruling on Barden's Motion for Sanctions.

The fees and costs incurred with regard to the defense of the Plaintiff's claims and with regard to Barden's Sanction Motion are set out in the attached Affidavit of Joseph A. Wellington. This affidavit is submitted to comply with the requirements of the Honorable Alvin W. Thompson's Ruling on said Motion for Sanctions.

The total fees and costs incurred for the defense the Plaintiffs' claims against Barden and the other members of the Barden Group and for Barden's motion for sanctions are $124,482.00. Of that amount, $39,963.00 was incurred from the

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

commencement of the above-captioned matter to January 16, 2002, and $84,519.00 was incurred between January 17, 2002 and October 11, 2006.

Of the aforesaid $124,482.00, the fees incurred for defense of the Plaintiffs' claims was in the amount of $54,604.00 and the fees incurred to bring and prosecute Barden's Motion for Sanctions was in the amount of $57,291.00. The total expenses incurred with regard to both said defense and said motion was in the amount of $12,588.00.

Barden submitted the undersigned's first affidavit in support of its Sanctions Motion on February 26, 2002. That affidavit described the underlying bases of the fees and expenses incurred through that date. Barden respectfully submits that the information in the undersigned's 2002 and 2006 affidavits should both be considered in determining the fees and expenses to be awarded as a sanction in this matter.

{W1458605}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

2

WHEREFORE, Barden respectfully requests that the Court order sanctions against plaintiff and plaintiff's counsel in the amount of $124,482.00.

Respectfully submitted,

Joseph A. Wellington
Federal Bar ct08355
Frances Codd Slusarz
Federal Bar ct24442
CARMODY & TORRANCE LLP
50 Leavenworth Street
Waterbury, CT 06701
ATTORNEY FOR THE DEFENDANT
BARDEN CORPORATION
(203) 575-2613

{W1458605}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

Ikechukwu Umeugo, Esq.
Umeugo & Associates
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516

_____
Frances Codd Slusarz