UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP<br>Plaintiffs, | : : : : | |
| v. | : : | CIVIL NO. 3:01CV01531(AWT) |
| THE BARDEN CORPORATION<br>Defendant. | : : : : : | |
| | : | DECEMBER 5, 2006 |

## MOTION TO WITHDRAW

The undersigned hereby moves to withdraw his appearance in this case as counsel for the plaintiffs, Ralph Bello, Vera Associates Limited Partnership, for the reason that the plaintiffs and the counsel Attorney Ikechukwu Umeugo each desired and have ended their said attorney client relationship and legal representation.

**RESPECTFULLY SUBMTTED,**

By: _____/s/_____
Ikechukwu Umeugo (ct04536)
Umeugo & Associates, P.C.
620 Boston Post Rd.
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680 Phone
(203) 931-2682 Fax

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically this 5th day of December, 2006. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

A copy of the foregoing has been mailed, US Mail, postage prepaid on December 5, 2006 to:

1) Ralph Bello
840 Boston Post Road
West Haven, CT 06516

2) Vera Associates Limited Partnership
840 Boston Post Road
West Haven, CT 06516

3) Joseph A. Wellington
Federal Bar ct08355
Frances Codd Slusarz
Federal Bar ct24442
CARMODY & TORRANCE LLP
50 Leavenworth Street
Waterbury, CT 06701
ATTORNEY FOR THE DEFENDANT
BARDEN CORPORATION
(203) 575-2613

/s/
Ikechukwu Umeugo