**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
- - - - - - - - - - - - - - - - - -x
RALPH BELLO AND VERA ASSOCIATES    :
LIMITED PARTNERSHIP,               :
                                   :
              Plaintiffs,          :
                                   :
         v                         :    3:01cv01531 (AWT)
                                   :
BARDEN CORPORATION,                :
                                   :
              Defendant.           :
- - - - - - - - - - - - - - - - - -x
```

### ORDER RE MOTION TO WITHDRAW

Attorney Ikechukwu Umeugo's Motion to Withdraw (Doc. No. 78) is hereby DENIED, without prejudice to renewal (1) with respect to Ralph Bello _only_ in the event that Mr. Bello files an appearance pro se or an attorney files an appearance on Mr. Bello's behalf, and (2) with respect to Vera Associates Limited Partnership ("Vera Associates"), _only_ in the event that an attorney files an appearance on behalf of Vera Associates.

In addition, Attorney Ikechukwu Umeugo shall file, by no later than December 28, 2006, an affidavit stating that he has delivered a copy of the Ruling on Motion for Sanctions (Doc. No. 72) to the plaintiffs.

It is so ordered.

Dated this 14th day of December 2006 at Hartford, Connecticut.

                                               /s/AWT
                                       Alvin W. Thompson
                                   United States District Judge