Motions

3:01-cv-01531-AWT Bello, et al v. Barden Corporation **CASE CLOSED** on 01/31/2002
APPEAL, CLOSED, DFM

## U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered by Umeugo, Ikechukwu on 12/5/2006 at 4:41 PM EST and filed on 12/5/2006

**Case Name:** Bello, et al v. Barden Corporation
**Case Number:** 3:01-cv-1531
**Filer:** Ralph Bello
Vera Assoc LP

**WARNING: CASE CLOSED on 01/31/2002**
**Document Number:** 78

**Docket Text:**
MOTION for Ikechukwu Umeugo to Withdraw as Attorney by Ralph Bello, Vera Assoc LP. (Umeugo, Ikechukwu)

**3:01-cv-1531 Notice has been electronically mailed to:**

David S. Hardy    dhardy@carmodylaw.com, srobards@carmodylaw.com

Frances Codd Slusarz    fslusarz@carmodylaw.com

Ikechukwu Umeugo    umeugoand.associates@snet.net

Joseph A. Wellington    jwellington@carmodylaw.com

**3:01-cv-1531 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=12/5/2006] [FileNumber=1079175-0
] [5ab7d2de60c4087a379f26792eb90daeef0e5f95d597d08d0437fe80ec1841e11ce
3c9be7d425f27663dfc82a78c8ec28d3988bfd588ee74739768fbd7d6babb]]