EXHIBIT 3

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Thomas Asreen
Acting Clerk of the Court

Vidya Kurella
Associate Staff Counsel
(212) 857-8760

*United States Court of Appeals — FILED NOV 28 2006 — Thomas Asreen, Acting Clerk — Second Circuit*

---

**Vera Associates v. Barden Corporation**                                No. 06-5013-cv

---

### AMENDED TELEPHONIC PRE-ARGUMENT CONFERENCE NOTICE

For the convenience of the Court, the PRE-ARGUMENT CONFERENCE has been **re-scheduled** and the parties will now conduct a TELEPHONIC CONFERENCE on **December 8, 2006** at **3:00 p.m.**.

The conference should be initiated by appellant's counsel, who should first have all appellees' counsel on the line, and then call Staff Counsel at this conference line number: **(212) 857-8753.**

Any other matters which the Staff Counsel determines may aid in the handling or the disposition of the proceedings may be discussed. Counsel may raise any other pertinent matter they wish at the Conference.

FOR THE COURT,
Thomas Asreen, Acting Clerk
by
Vidya Kurella
Associate Staff Counsel

Date: 11/28/06