UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BELLO AND VERA                    :
ASSOCIATES LIMITED PARTNERSHIP  :
    Plaintiffs,                          :
                               :
      v.                                   :            CIVIL NO. 3:01CV01531(AWT)
                               :
THE BARDEN CORPORATION              :
    Defendant.                           :
                               :
                               :            DECEMBER 21, 2006

## AFFIDAVIT OF IKECHUKWU UMEUGO

Pursuant Judge Thompson's order in his ruling regarding Motion to Withdraw appearance dated December 14, 2006, Ikechukwu Umeugo, after being duly sworn, depose and say the following:

    1- I am over eighteen years of age and believe in the obligations of an oath.

    2- On October 4, 2006, Judge Thompson's rulings on the defendant's Motion for Sanction was mailed certified mail postage prepaid via US Postal Service to the plaintiffs Ralph Bello and Vera Associates Limited Partnership (See attached Exhibit 1, US Postal Service Certified Mail return receipt no.: 7006 0004 8033 0248)

3-  Also, on December 6, 2006, the defendant's application for attorney's fees and

expenses was mailed certified mail postage prepaid via US Postal Service to the plaintiffs

Ralph Bello and Vera Associates Limited Partnership (See attached Exhibit 2, US Postal

Service Certified Mail returned receipt no.: 7005 1820 0007 9113 5582)

Dated at West Haven, Connecticut, this 21st day of December, 2006

_____
Ikechukwu Umeugo

Subscribed and Sworn to before me this 21st day of December, 2006

_____
Notary Public/
Commissioner of the Superior Court
My Commission Expires:

My Commission Expires
June 30, 2009

EXHIBIT 1

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0004 8033 0248**
Status: **Delivered**

Your item was delivered at 12:33 pm on October 05, 2006 in WEST
HAVEN, CT 06516. A proof of delivery record may be available through
your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts** 
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0007 9113 5582**
Status: **Delivered**

Your item was delivered at 1:40 PM on December 8, 2006 in WEST HAVEN, CT 06516.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

