UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Ralph Bello and Vera Associates
Limited Partnership

v.

Docket No. 06-5013-cv

Barden Corporation


FILED
DEC 26 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

nhct
01-cv-1531
Thompson

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and **without prejudice**, subject to reactivation of the appeal by appellant's counsel by written notice to the Clerk of this Court by ~~30 days after an event OR by (enter date certain mm/dd/yy)~~ June 12, 2007 whichever comes first.

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice. (See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P 42(b).

Dated: 12-14-06

Attorney for Appellant
Ikechukwu Umeugo
Umeugo & Associates, P.C.

Dated: 12-13-06

Attorney for Appellee
David S. Hardy
Carmody & Torrance, LLP

So ordered

FOR THE COURT
Thomas Asreen, Acting Clerk
By /s/ Vidya Kurella

Counsel:

CERTIFIED: 12/27/06

Thomas Asreen, Acting Clerk
by Deputy Clerk
A TRUE COPY