UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

RALPH BELLO AND VERA ASSOCIATES
LIMITED PARTNERSHIP,
                         Plaintiffs,   :   CIVIL ACTION NO.
VS.   :   3:01CV01531 (AWT)

BARDEN CORPORATION
                         Defendant.   :   MARCH 28, 2007

---

### MOTION TO WITHDRAW APPEARANCE

Frances Codd Slusarz moves to withdraw her appearance on behalf of Barden Corporation ("Barden"), because she is ending her association with Carmody & Torrance LLP effective March 29, 2007. In the course of her involvement with this case, Attorney Slusarz worked under the supervision and direction of Attorney Joseph A. Wellington, III of Carmody & Torrance LLP. Barden will not be prejudiced by the withdrawal of Attorney Slusarz's appearance because Attorney Wellington and Attorney David S. Hardy, also of Carmody & Torrance, will continue to represent Barden's interests in this matter.

{W1504352}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

                                    Respectfully submitted,

                            BY:  /s/ Frances Codd Slusarz
                                    Frances Codd Slusarz
                                    Federal Bar No. ct24442
                                    Carmody & Torrance LLP
                                    50 Leavenworth Street; P.O. Box 1110
                                    Waterbury, CT 06721-1110
                                    Phone: 203-573-1200
                                    Fax: 203-575-2600
                                    fslusarz@carmodylaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by regular mail, postage prepaid, on the above date, to:

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
620 Boston Post Road
West Haven, CT 06516

*Frances C/S* (signature)
Frances Codd Slusarz
Federal Bar No. ct24442
Carmody & Torrance LLP
50 Leavenworth Street; P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Fax: 203-575-2600
fslusarz@carmodylaw.com