UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP, | : : | |
| Plaintiffs | : : | CIVIL ACTION NO. |
| v | : : | 3:01CV01531 (AWT) |
| BARDEN CORPORATION | : : | |
| Defendant | : : | October 16, 2007 |

## BARDEN CORPORATION'S MOTION FOR AN ORDER REQUIRING ATTORNEY IKECHUKWU UMEUGO TO POST A BOND FOR COSTS ON APPEAL

Pursuant to the Court's inherent power and Fed. R. App. P. 7, Barden Corporation ("Barden") respectfully moves for an order compelling Attorney Ikechukwu Umeugo to post a bond for appellate costs in the amount of $20,000. Barden further requests that such order expressly provide that the costs covered by the bond include Barden's attorney fees on appeal. Barden has filed a memorandum in support of this motion which is of even date herewith.

Respectfully submitted,

*/s/ David S. Hardy*

David S. Hardy
Federal Bar ct20904
CARMODY & TORRANCE LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
ATTORNEY FOR THE DEFENDANT
BARDEN CORPORATION
Telephone: (203) 777-5501
E-mail: dhardy@carmodylaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on the above date, to the following counsel of record:

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, Connecticut 06516

_David S. Hardy_