UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - -
RALPH BELLO AND VERA ASSOCIATES    :
LIMITED PARTNERSHIP,               :
                                   :
              Plaintiffs,          :
                                   :
         v                         :    3:01cv01531 (AWT)
                                   :
BARDEN CORPORATION,                :
                                   :
              Defendant.           :
- - - - - - - - - - - - - - - - - -
```

### AMENDMENT TO ORDER RE BARDEN CORPORATION'S
### APPLICATION FOR ATTORNEY'S FEES AND EXPENSES

Barden Corporation's Motion for Clarification of Order Re Barden Corporation's Application for Attorney's Fees and Expenses (Doc. No. 85) is hereby GRANTED.

The paragraph beginning at the bottom of page 4 of the court's Order Re Barden Corporation's Application for Attorney's Fees and Expenses (Doc No. 84) ("the Order") is hereby corrected to read as follows:

> Accordingly, Barden Corporation's Application for Attorney's Fees and Expenses (Doc. No. 77), is hereby GRANTED in part and DENIED in part. Barden Corporation is awarded attorney's fees and expenses in the total amount of $99,954; $67,192 of that amount is awarded jointly against plaintiffs Ralph Bello and Vera Associates Limited Partnership and plaintiff's counsel Attorney Ikechukwu Umeugo, and $32,762 of that amount is awarded solely against plaintiff's counsel Attorney Ikechukwu Umeugo.

The Order remains in full force and effect in all other respects.

It is so ordered.

Dated this 22nd day of October 2007 at Hartford, Connecticut.

```
                               _____
                               Alvin W. Thompson
                               United States District Judge
```