UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

……………………………………………………….
RALPH BELLO AND VERA ASSOCIATES     :
LIMITED PARTNERSHIP,                :
                Plaintiffs         :     CIVIL ACTION NO.
    v.                              :     3:01CV01531 (AWT)
                                    :
BARDEN CORPORATION                  :
                Defendant          :     NOVEMBER 6, 2007

…………………………………………………….:

**OBJECTION TO BARDEN CORPORATION'S MOTION FOR AN ORDER REQUIRING ATTORNEY IKECHUKWU UMEUGO TO POST A BOND FOR COSTS ON APPEAL**

    Attorney Ikechukwu Umeugo respectfully objects to Barden Corporation's motion requesting the court to compel Attorney Ikechukwu Umeugo to post a bond for appellate costs in the amount of $20,000.00 and Barden Corporation's requests that each order expressly provide that the costs covered by the bond include Barden's Attorney fees on appeal.

                                  Respectfully submitted,

                                  /s/
                              Ikechukwu Umeugo
                              Federal Bar No.: ct 04536
                              Umeugo & Associates, P.C.
                              620 Boston Post Road
                              P.O. Box 26373
                              West Haven, CT  06516
                              Telephone (203) 931-2680
                              Fax No.   (203) 931-2682

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was sent via electronic mail and by regular mail, postage prepaid, on November 6, 2007, to Attorney David S. Hardy, Carmody & Torrence LLP, 195 Church Street, P.O. Box 1950, New haven, Connecticut, 06509-1950.

                  _____/s/_____
                  Ikechukwu Umeugo, ESQ

2