FORM C

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CIVIL APPEAL PRE-ARGUMENT STATEMENT**

1. SEE NOTICE ON REVERSE.  2. PLEASE TYPE OR PRINT.  3. ATTACH ADDITIONAL PAGES IF NECESSARY.

| | |
|---|---|
| Title of Case: Ralph Bello and Vera Associates Limited Partnership vs. Barden Corporation | District or Agency: Connecticut — Judge: Thompson |
| | Date Filed in District Court or Agency: September 29, 2006 — District Court Docket No.: 3:01CV01531(AWT) |
| | Date Notice of Appeal Filed: October 27, 2006 — Is this a Cross Appeal? ☐ Yes ☒ No |

Attorney(s) for: Ikechukwu Umeugo  Name: Pro Se
Telephone: 203-931-2680
Address: 620 Boston Post Road, West Haven, CT 06516

Appellant ☒ Plaintiff ☐ Defendant: Ikechukwu Umeugo, Pro Se, 620 Boston Post Rd, West Haven, CT 06516

Appellee ☐ Plaintiff ☒ Defendant: Barden Corporation, Frances Codd Suisarz, 50 Leavenworth Street, P.O. Box 1110, Waterbury, CT 06721

Has Transcript Been Prepared? yes
Approx. Number of Transcript Pages: 40
Number of Exhibits: 10
Has this matter been before this Court previously? ☐ Yes ☒ No
If Yes, state Case Name: __ Docket No.: __ Citation: __

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW: Defendant's motion for sanction against plaintiff counsel and plaintiff for bringing the underlying lawsuit against the defendant and for not initially accepting defendant's offer to settle on the particular day it was offered.

ISSUES PROPOSED TO BE RAISED ON APPEAL:
1) Whether Attorney Ikechukwu Umeugo engaged in bad faith litigation?
2) Whether Attorney Ikechukwu Umeugo harassed any defendant including Barden Corporation?
3) Whether Attorney Ikechukwu Umeugo induce any defendant to settle their or its case?
4) Whether there was credible and/or competent evidence to support the trial judge's decision to sanction? and Whether his said decision was in error?

A. JURISDICTION

1. Federal
☐ U.S. a party
☐ Federal question (U.S. not a party)
☐ Diversity
☒ Other (specify): federal rules of practice

2. Appellate
☒ Final Decision below
☐ Interlocutory decision appealable as of right
☐ Order Certified by District Judge (specify): __
☐ Other (specify): __

B. DISTRICT COURT DISPOSITION (Check as many as apply)

1. Stage of Proceedings
☒ Pre-trial
☐ During trial
☐ After trial

2. Type of Judgment/Order Appealed
☐ Default judgment
☐ Dismissal/jurisdiction
☐ Dismissal/merit
☐ Summary judgment
☐ Declaratory judgment
☒ Judgment / court decision
☐ Jury verdict
☐ Judgment NOV
☐ Directed verdict
☐ Other (specify): __

3. Relief
Damages:
  Sought: $ __
  Granted: __
  Denied: $ __
Injunctions:
  Preliminary __
  Permanent __
  Granted __
  Denied __

C. NATURE OF SUIT (Check as many as apply)

FORM C

March 2004                    -13-

Short Title: Bello vs. Barden Corporation    Docket No. 3:01CV01531(AWT)

## NOTICE OF APPEARANCE

Appearance for (provide name of party): __Ikechukwu Umeugo__

Status of Party:
- (X) Appellant/Petitioner
- ( ) Appellee/Respondent
- ( ) Cross-Appellant/Cross-Petitioner
- ( ) Other (Specify): _____
- ( ) Cross-Appellee/Cross Respondent
- ( ) Intervenor
- ( ) Amicus Curiae

( ) An attorney will argue this appeal.
- Name of attorney who will argue appeal, if other than counsel of record: _____
- Date of arguing attorney's admission to this Court (month, day, year): _____
- Other Federal/State Bar admissions: (month, day, year): _____

( ) I am a *pro se* litigant who is not an attorney.
( ) I am an incarcerated *pro se* litigant.

### TIME REQUEST

( ) Oral argument is not desired.
(X) Oral argument is desired. Party requests __15__ minutes or multi-co-parties request a total of ____ minutes to be apportioned as follows:

If more than 20 minutes per side is requested, set forth reasons:

### AVAILABILITY OF COUNSEL/PRO SE LITIGANT

I understand that the person who will argue the appeal must be ready at any time during or after the week of argument which appears on the scheduling order.

(X) I know of no dates which would be inconvenient.
( ) I request that the argument of this appeal not be calendared for the following dates, which are inconvenient. I have included religious holidays.

COUNSEL OR *PRO SE* LITIGANT MUST ADVISE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. FAILURE TO DO SO MAY BE CONSIDERED BY THE COURT IN DECIDING MOTIONS FOR ADJOURNMENT BASED ON UNAVAILABILITY.

### RELATED CASES

(X) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number and citation are: _____
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers and citations are: _____

Signature of counsel of record or *pro se* litigant: /s/ Umeugo

Type or Print Name  Ikechukwu Umeugo
Name of Firm: Umeugo & Associates, P.C.
Address: 620 Boston Post Road, West Haven, CT 06516
Telephone: 203-931-2680
Date 10/26/06

Signature of counsel who will argue the appeal, if different: _____
Type or Print Name _____
Telephone: _____
Date: _____

March 2004                    -11-

**EXHIBIT NO. 1**

| 1. Federal Statutes<br>☐ Antitrust<br>☐ Bankruptcy<br>☐ Banks/Banking<br>☒ Civil Rights<br>☐ Commerce, rates and tariffs<br>☐ Commodities<br>☐ Other (specify): | ☐ Communications<br>☐ Consumer Protection<br>☐ Copyright ☐ Patent<br>☐ Trademark<br>☐ Election<br>☐ Energy<br>☒ Environmental | ☐ Freedom of Info<br>☐ Immigration<br>☐ Labor<br>  ☐ OSHA<br>☐ Securities<br>☐ Tax | 2. Torts<br>☐ Admiralty/Maritime<br>☐ Assault/Defamation<br>☐ FELA<br>☐ Product<br>☐ Soc. Security Liability/Warranty<br>☒ Other (Specify) unlawfully dumping of hazardous material | 3. Contracts<br>☐ Admiralty/Maritime<br>☐ Arbitration<br>☐ Commercial<br>☐ Employment<br>☐ Insurance<br>☐ Negotiable Instruments<br>☐ Other (Specify) | 4. Prisoner Petitions<br>☐ Civil Rights<br>☐ Habeas Corpus<br>  -- 2254<br>  -- 2255<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |
|---|---|---|---|---|---|
| 5. Other<br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): _____<br>☐ Other (specify): _____ | | 6. General<br>☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | | 7. Will appeal raise constitutional issue?<br>☒ Yes   ☐ No<br><br>Will appeal raise a matter of first impression?<br>☐ Yes   ☒ No | |

Is any matter relative to this case pending below?  ☐ Yes  ☒ No (specify):

To your knowledge, is there any case now pending or about to be brought before this Court or any other court or administrative agency which
(A) arises from substantially the same case or controversy as this appeal?                                ☐ Yes  ☒ No
(B) involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes  ☒ No
If yes, state whether   ☐ "A" or ☐ "B"   or ☐ both, and provide:

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|

Name of Appellant: Ikechukwu Umeugo

Date: 10/26/2006    Signature of Counsel of Record: _Umugo_

**NOTICE TO COUNSEL**

Once you have filed your Notice of Appeal with the District Court or the Tax Court you have only ten (10) days in which to docket your appeal. You must take the following steps within those ten (10) days:
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Court of Appeals.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Court of Appeals.
3. Pay the $255 docketing fee to the Clerk of the United States District Court, unless you are authorized to prosecute the appeal without payment.
   IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN TEN (10) DAYS, YOUR APPEAL WILL BE DISMISSED.
   (NOTE: This form is not required of non-attorney pro se litigants.)
   SEE THE CIVIL APPEALS MANAGEMENT PLAN OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.

NOTICE CONCERNING DISCLOSURE OF INTERESTED PARTIES
Rule 815 of the local rules of this Court supplementing the Federal Rules of Appellate Procedure provides as follows:
8.15  Disclosure of Interested Parties.
To enable the judges of the court to evaluate possible disqualification, counsel for all private (nongovernment) parties, in an appeal, or in a motion or other proceeding related to an appeal, shall in all cases submit when such party's initial brief is due, or upon request of the Clerk, an identification of any corporate parent of the party.

## NOTICE TO COUNSEL

The Civil Appeals Management Plan of the Court of Appeals for the Second Circuit directs appellant to file Form C-A with the Clerk of the Court within ten (10) days after filing the application for enforcement or petition for review.

March 2004                             -14-

Short Title: Bello vs. Barden Corporation    Docket No. 3:01CV01531(AWT)

## NOTICE OF APPEARANCE

Appearance for (provide name of party): Ikechukwu Umeugo

Status of Party:
- (X) Appellant/Petitioner
- ( ) Appellee/Respondent
- ( ) Cross-Appellant/Cross-Petitioner
- ( ) Other (Specify): _____
- ( ) Cross-Appellee/Cross Respondent
- ( ) Intervenor
- ( ) Amicus Curiae
- ( ) An attorney will argue this appeal.
  - Name of attorney who will argue appeal, if other than counsel of record: _____
  - Date of arguing attorney's admission to this Court (month, day, year): _____
  - Other Federal/State Bar admissions: (month, day, year): _____
- ( ) I am a *pro se* litigant who is not an attorney.
- ( ) I am an incarcerated *pro se* litigant.

### TIME REQUEST

- ( ) Oral argument is not desired.
- (X) Oral argument is desired. Party requests __15__ minutes or multi-co-parties request a total of _____ minutes to be apportioned as follows:

If more than 20 minutes per side is requested, set forth reasons:

### AVAILABILITY OF COUNSEL/PRO SE LITIGANT

I understand that the person who will argue the appeal must be ready at any time during or after the week of argument which appears on the scheduling order.

- (X) I know of no dates which would be inconvenient.
- ( ) I request that the argument of this appeal not be calendared for the following dates, which are inconvenient. I have included religious holidays.

COUNSEL OR *PRO SE* LITIGANT MUST ADVISE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. FAILURE TO DO SO MAY BE CONSIDERED BY THE COURT IN DECIDING MOTIONS FOR ADJOURNMENT BASED ON UNAVAILABILITY.

### RELATED CASES

- (X) This case has not been before this Court previously.
- ( ) This case has been before this Court previously. The short title, docket number and citation are: _____
- ( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers and citations are: _____

Signature of counsel of record or *pro se* litigant:

Type or Print Name: Ikechukwu Umeugo
Name of Firm: Umeugo & Associates, P.C.
Address: 620 Boston Post Road, West Haven, CT 06516
Telephone: 203-931-2680
Date 10/26/06

Signature of counsel who will argue the appeal, if different:

Type or Print Name
Telephone:
Date: