3. The concluding paragraph of the Order orders sanctions in the amount of $99,762 against plaintiffs' counsel and $32,762 against the plaintiffs.

4. Based on the Court's discussion concerning the allocation of sanctions between the plaintiffs and their counsel in the body of the Order, it appears that the sanctions in the amount of $67,192 should have been awarded against the plaintiffs and their counsel jointly.

Based on the foregoing, Barden respectfully requests that the Court clarify the sanctions awarded under its Order by awarding sanctions in the amount of $67,192 against the plaintiffs.

Counsel for Barden represent that they have not sent a copy of this Motion to the plaintiffs individually because Attorney Ikechukwu Umeugo remains their counsel of record in this action. Barden respectfully requests that the Court order Attorney Umeugo to provide proof of delivery to the plaintiffs of a copy of the Order and, if this Motion is granted, the clarified Order, consistent with the Court's prior order issued in connection with Barden's Motion for Sanctions. Barden respectfully requests that plaintiffs' counsel also be required to certify to the Court that the Order or the clarified Order was so provided and the date when that occurred.

Respectfully submitted,

David S. Hardy
Federal Bar ct20904
CARMODY & TORRANCE LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
ATTORNEY FOR THE DEFENDANT
BARDEN CORPORATION
Telephone: (203) 777-5501
E-mail: dhardy@carmodylaw.com

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
　　　　　　　　　　New Haven, CT 06509-1950
　　　　　　　　　　Telephone: 203 777-5501

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP, | : : : | |
| Plaintiffs | : | CIVIL ACTION NO. |
| v | : : | 3:01CV01531 (AWT) |
| BARDEN CORPORATION | : : | |
| Defendant | : | October 16, 2007 |

---

**BARDEN CORPORATION'S MOTION FOR CLARIFICATION OF ORDER RE BARDEN CORPORATION'S APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

Pursuant to Fed. R. Civ. P. 60(a), Barden Corporation ("Barden") respectfully moves for clarification of the Court's September 28, 2007 Order Re Barden Corporation's Application for Attorney's Fees and Expenses ("Order"). Specifically, Barden requests clarification of an apparent inconsistency between the allocation of sanctions in the concluding paragraph in the Order and the award of sanctions articulated in the body of the Order. In support of this Motion, counsel for Barden represents as follows:

1. At pages 2 through 3 of the Order, the Court held that $54,604 in fees and $12,588 in costs incurred by Barden in defense of the underlying claims should be awarded against both the plaintiffs and their counsel for a total of $67,192.

2. At page 5 of the Order, the Court held that an additional $32,762 should be awarded against the plaintiffs' counsel only, representing a partial award of the fees and costs incurred by Barden in preparing its motion for sanctions.

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on the above date, to the following counsel of record:

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, Connecticut 06516

David S. Hardy

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

**EXHIBIT NO. 2**