UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BELLO AND VERA | : | |
| ASSOCIATES LIMITED PARTNERSHIP | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL NO. 3:01CV01531(AWT) |
| | : | |
| BARDEN CORPORATION, | : | |
| | : | |
| Defendant. | : | DECEMBER 21, 2007 |

## MOTION TO STAY ORDER TO PAY ATTORNEY'S FEES AND EXPENSES

Pursuant to Fed. R. App. P. 8(a)(1)(A), Attorney Ikechukwu Umeugo respectfully requests the Court to stay it's order to pay Barden Corporation's attorney's fees and expenses pending appeal, on the following grounds:

1. Attorney Umeugo has appealed this Court's decision granting Barden Corporation's motion for sanctions in the form of attorney's fees and expenses, by filing an appeal with the United States Court of Appeals, 2nd Circuit. (See Attorney Umeugo Exhibit 1, Notice of Appeal).

2. This Court's order to pay attorney's fees and expenses was entered by this Court on September 28, 2007, after Attorney Umeugo's appeal was filed. (See Court file).

3. In compliance with the 2nd Circuit filing deadline, Attorney Umeugo filed the appellate brief and joint appendix on November 23, 2007.

4. The said appeal is currently pending with the United States Court of Appeal, 2nd Circuit.

1

5.   Justice requires that a stay of order be granted pending the decision on appeal.

WHEREFORE, Attorney Umeugo respectfully moves this Court to stay the order to pay attorney's fees and expenses pending appeal.

.

**RESPECTFULLY SUBMITTED,**

By:   /s/
Ikechukwu Umeugo(ct04536)
Umeugo & Associates, P.C.
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680
email: umeugoand.associates@snet.net

**CERTIFICATION**

       This is to certify that a copy of the foregoing was sent electronically and by regular mail, postage prepaid this 21st day of December, 2007 to:

    David S. Hardy, Esq.
    Carmody & Torrance, LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509-1950

                                                        /s/
                                        Ikechukwu Umeugo