EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2006 OCT 27 P 1:21
U.S. DISTRICT COURT
NEW HAVEN, CT

Ralph Bello and Vera Associates Limited Partnership

v.

Barden Corporation

CIVIL CASE NO. 3:01cv01531(AWT)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Ikechukwu Umeugo__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
__Motion For Sanctions (see attached)__

2. The Judgment /Order in this action was entered on __9/29/06__ .
(date)

_[signature]_
**Signature**

Ikechukwu Umeugo
**Print Name**

Umeugo & Associates, P.C.
620 Boston Post Road
West Haven, CT 06516
**Address**

Date: 10/25/06

203-931-2680
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United