UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RALPH BELLO, ET AL<br>Plaintiffs, | : | |
| v. | : | CIVIL NO. 3:01CV01531(AWT)<br>USCA NO. 06-5013-cv |
| BARDEN CORPORATION<br>Defendant, | : | |

## AMENDED INDEX TO THE RECORD ON APPEAL

|  | Document No. |
|---|---|
| Complaint | 1 |
| Barden Corporation's Motion to Dismiss | 9 |
| Barden Corporation's Memorandum of Law in Support of Motion to Dismiss | 10 |
| Plaintiff's Objection to Defendant's Motion to Dismiss | 17 |
| District Court's Decision on Motion to Dismiss | 21 |
| Amended Complaint | 22 |
| Barden Corporation's Motion to Dismiss Plaintiff's Amended Complaint | 25 |
| Barden Corporation's Notice of Its' Intent to Seek Sanctions | 31 |
| Barden Corporation's Notice of Its' Intent to Seek Sanctions | 32 |
| Barden Corporation's Notice of Tender of Settlement Payment | 36 |
| Judgment and Order of Dismissal | 37 |
| District Court Transcript Excerpts of January 16, 2002 | 38 |
| District Court Transcript Excerpt of January 24, 2002 | 39 |

1

| | |
|---|---|
| Barden Corporation's Motion for Imposition of Sanctions | 40 |
| Barden Corporation's Proposed Findings of Fact | 43 |
| Affidavit of D. E. Duprey-Bonsignore by Barden Corporation | 44 |
| Affidavit of Joseph E. Wellington by Barden Corporation | 47 |
| Plaintiff's Objection to Motion for Sanctions | 54 |
| Plaintiff's Memorandum in Support of their Objection to Motion for Sanctions | 55 |
| Barden Corporation's Supplemental Proposed Findings of Fact | 64 |
| Marked Exhibit List by Barden Corporation | 70 |
| District Court's Decision on Motion for Sanctions | 72 |
| Transcript of Proceedings held on January 16, 2002 | 73 |
| Notice of Appeal and Appellate Notice of Appearance | 74 |
| Barden Corporation's Application for Attorney's Fees and Expenses | 77 |
| Objection to the Defendant's Application for Attorney's Fees and Expenses | 80 |
| District Court's Decision on the Application for Attorney's Fees and Expenses | 84 |
| Barden Corporation's Motion for Clarification of the Court's Decision on Attorney's Fees and Expenses | 85 |
| Defendant's Motion to Post Bond | 86 |
| District Court's Decision on the Motion for Clarification | 87 |
| Attorney Umeugo's Objection to Defendant's Motion to Post Bond | 88 |