**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

TEL. NO. 240-3200
(AREA CODE 860)

ROBIN D. TABORA
CLERK

CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

January 4, 2008

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:    01cv1531AWT
  Case Name:  Ralph Bello v. Brden Corp
      USCA:    06-5013-cv

Dear Clerk:

Forwarded herewith is the Partial Record on Appeal consisting of case documents 1-69, & 72 in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

                Respectfully,

                ROBIN D. TABORA, Clerk

                By:  /Martha Gothers
                      Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _Stanley G. [signature]_      DATE: _01/08/08_