UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..................................................

RALPH BELLO AND VERA ASSOCIATES
LIMITED PARTNERSHIP,
                      Plaintiffs   :   CIVIL ACTION NO.
    v
                                   :   3:01CV01531 (AWT)

BARDEN CORPORATION
                      Defendant  :   MAY 7, 2008

..................................................

## BARDEN CORPORATION'S MOTION FOR CONTEMPT

Defendant Barden Corporation ("Barden") respectfully moves for the Court to enter findings and orders of civil contempt against plaintiffs Ralph Bello and Vera Associates Limited Partnership and their counsel, Attorney Ikechukwu Umeugo (collectively, the "contemnors"). As is set forth in the attached Affidavit, the contemnors have willfully disobeyed this Court's sanctions orders of September 29, 2006 (Docket Entry No. 72), September 28, 2007 (Docket Entry No. 84) and October 22, 2007 (Docket Entry No. 87), collectively, the "Sanctions Orders", which require them to pay monetary sanctions to Barden. Barden therefore requests that the Court enter orders of contempt, including without limitation:

    a.    Finding the contemnors in contempt;

    b.    Ordering the contemnors to comply with the Court's Sanctions Orders by paying Sanctions to Barden and/or in the case of Attorney Umeugo, into the Court's registry while his appeal of the Sanctions Orders is pending;

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
{N0788261;6}   New Haven, CT 06509-1950
   Telephone: 203 777-5501

    d.    Imposing a per diem fine against the contemnors until they comply with the Court's Sanctions Orders;

    e.    Suspending Attorney Umeugo's right to practice law in the District of Connecticut until he complies with the Court's Sanctions Orders; and/or

    f.    Imposing an order of conditional incarceration should the contemnors fail to comply with the Court's Sanctions Orders.

Alternatively, in the event that the Court determines that an evidentiary hearing is necessary to adjudicate the issues raised by this motion, Barden requests that the Court order the contemnors to show cause at a hearing why these contempt orders requested by Barden should not issue.

A memorandum of law in support of this motion is submitted herewith.

                                               Respectfully submitted,

                                               David S. Hardy
                                               Federal Bar ct20904
                                               CARMODY & TORRANCE LLP
                                               195 Church Street
                                               P.O. Box 1950
                                               New Haven, CT 06509-1950
                                               ATTORNEY FOR THE DEFENDANT
                                               BARDEN CORPORATION
                                               Telephone: (203) 777-5501
                                               E-mail: dhardy@carmodylaw.com

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
{N0788261;6}    New Haven, CT 06509-1950
    Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid, on the above date, to the following counsel of record:

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, Connecticut 06516

David S. Hardy

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law          Post Office Box 1950
{N0788261;6}              New Haven, CT 06509-1950
                          Telephone: 203 777-5501