UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

...................................................
:
RALPH BELLO AND VERA ASSOCIATES :
LIMITED PARTNERSHIP, :
                   Plaintiffs : CIVIL ACTION NO.
    v :
: 3:01CV01531 (AWT)
:
BARDEN CORPORATION :
                   Defendant : MAY 7, 2008
...................................................:

## AFFIDAVIT OF DAVID S. HARDY IN SUPPORT OF BARDEN CORPORATION'S MOTION FOR CONTEMPT

David S. Hardy, being duly sworn, deposes and states:

1. I make this affidavit based on my personal knowledge.

2. I am an attorney admitted to practice before this Court and an attorney with the law firm of Carmody & Torrance LLP, 195 Church Street, New Haven, Connecticut, counsel to the defendant, Barden Corporation ("Barden"), in this action. I submit this Affidavit in support of Barden's Motion for Contempt of even-date herewith.

3. On behalf of Barden, I have formally demanded payment of this Court's Sanctions Orders from Attorney Umeugo and from Ralph Bello and his company, Vera Associates Limited Partnership.

4. Annexed hereto as <u>Exhibit A</u> is a true and correct copy of the December 12, 2007 demand letter that I sent to Attorney Umeugo.

CARMODY & TORRANCE LLP
Attorneys at Law
{N0788261;6}
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

5. Annexed hereto as <u>Exhibit B</u> is a true and correct copy of the December 31, 2007 letter that I received from Mr. Bello.

6. Annexed hereto as <u>Exhibit C</u> is a true and correct copy of the February 14, 2008 demand letter that I sent to Attorney Umeugo.

7. Despite my demands, to date, neither Attorney Umeugo, Ralph Bello nor Vera Associates Limited Partnership have made payment or offered or proposed to make payment to Barden pursuant to the Court's Sanctions Orders under any circumstances.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　David S. Hardy

**STATE OF CONNECTICUT**      )
　　　　　　　　　　　　　　　　)    ss.: New Haven
**COUNTY OF NEW HAVEN**      )

SUBSCRIBED AND SWORN TO before me this 7th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　　Danielle L. Kripps
　　　　　　　　　　　　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　　　　　　　　　　My Commission Expires:

# EXHIBIT A

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Associate

Direct: 203-784-3119
dhardy@carmodylaw.com

December 12, 2007

*VIA FACSIMILE & REGULAR MAIL*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   Bello v. Barden Corporation, No. 3:01CV01531 / 06-5013-cv

Dear Ike,

Barden Corporation ("Barden") hereby makes demand upon you and your clients jointly for payment in the amount of $67,192 and upon you individually for additional payment in the amount of $32,762. Please direct payment to the undersigned. As you may know, your appeal does not stay the court's order of sanctions. Accordingly, if we do not receive payment in full or satisfactory arrangements for payment in full by January 15, 2008, Barden will file a motion for contempt against you and your clients due to your failure to comply with the court's sanctions orders, as amended on October 22, 2007. See Huber v. Marine Midland Bank, 51 F3d 5 (2nd Cir. 1995); Verone v. Toconic Telephone Co., 826 F. Supp. 632 (N.D.N.Y. 1993). Please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk

cc:   Joseph A. Wellington

{N0777811}

WATERBURY                    NEW HAVEN                    SOUTHBURY

# EXHIBIT B

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

DAVID S. HARDY                                    DECEMBER 31, 2007
195 CHURCH STREET
P.O.BOX 1950
NEW HAVEN,CONN. 06509-1950

DEAR DAVID:
        I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND
JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND
EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR
ALL THE DAMAGES AS FOLLOWS:
JUDGEMENT AGAINST NATIONAL OIL SERVICE,INC. FOR &350,000.00.
    "    "    NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
    "    "    ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
    "    "    BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
    "    "    PATTISON SR. AND WENDY PATTISON FOR        1.00
2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR"BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I"OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello* (signature)

# EXHIBIT C

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Partner

Direct: 203-784-3119
dhardy@carmodylaw.com

February 14, 2008

*VIA FACSIMILE & REGULAR MAIL*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   Bello v. Barden Corporation, No. 3:01CV01531 / 06-5013-cv

Dear Attorney Umeugo,

As you know, by letter dated December 12, 2007, Barden Corporation ("Barden") demanded that you and your clients make payment in accordance with Judge Thompson's sanctions orders by January 15, 2008. In response to this demand, you filed a motion to stay the sanctions orders on your own behalf. Since your clients did not appeal either the underlying order or the Court's award of fees and costs, those decisions are final as to them and your motion to stay is of no relevance to Barden's right to proceed against your clients. Your clients have not made arrangements for the satisfaction of their obligations in respond to Barden's demand letter through today's date.

Barden's demand apparently prompted your client, Ralph Bello, to send a non-responsive letter to me dated December 31, 2007, a copy of which is attached for your review. Insofar as the sanctions orders are final as to your clients and they have not appealed those orders, please be advised that if Barden does not receive payment, or if satisfactory arrangements for payment are not made by February 29, 2008, it intends to file a motion for contempt against both Mr. Bello and Vera Associates L.P. Once again, please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk
cc:   Joseph A. Wellington, Esq.

{N0782927}

WATERBURY                  NEW HAVEN                              SOUTHBURY

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

DAVID S. HARDY  
195 CHURCH STREET  
P.O.BOX 1950  
NEW HAVEN,CONN. 06509-1950

DECEMBER 31, 2007

DEAR DAVID:

I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR ALL THE DAMAGES AS FOLLOWS:

JUDGEMENT AGAINST NATIONAL OIL SERVICE,INC. FOR &350,000.00.
    "    "    NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
    "    "    ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
    "    "    BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
    "    "    PATTISON SR. AND WENDY PATTISON FOR     1.00

2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR"BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I"OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello*