UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RALPH BELLO AND VERA ASSOCIATES LIMITED PARTNERSHIP : Plaintiffs, : : v. : : THE BARDEN CORPORATION : Defendant. : : : : | CIVIL NO. 3:01CV01531(AWT) MAY 29, 2008 |

## **OBJECTION TO BARDEN CORPORATION'S**

## **MOTION FOR CONTEMPT**

Attorney Ikechukwu Umeugo, respectfully Object to Barden Corporation's request for the Court to enter findings and orders of Civil Contempt against Attorney Ikechukwu Umugo or against the Plaintiff. The Court should note that Attorney Umeugo does not represent the Plaintiffs any more (See Court File for the Previously Filed Motion to Withdraw Appearance) as evidenced by Barden Corporation's exhibit B in which the Plaintiff Mr. Ralph Bello, communicated directly to the Barden Corporation's Counsel via a letter dated December 31, 2007. In that letter Mr. Bello indicated that his response to Barden Corporation's letter was also mailed to the Court and/or Judge Thompson (See Attached Exhibit No. 4). However based on Attorney Umeugo's attached Memorandum in Support of his objection to Barden Corporation's Motion for Contempt and other documents submitted, Attorney Umeugo did not and has not in

1

any way shape or fashion disobeyed this Court in regard to its Sanctions Orders to pay Monetary Sanctions to Barden Corporation, as Barden Corporation wrongful or incorrectly claimed and/or wants this Court to believe. Attorney Ikechukwu Umeugo simply exercised his right to Appeal this Court's decision to Sanction and has appealed the said decision (See Attached Exhibit No. 1). The appeal is currently **PENDING** at United States Court of Appeals, 2nd Circuit in New York (See Exhibit No. 1 and 3). On May 21, 2008, the United States Court of Appeals, 2nd Circuit, **DENIED** Barden Corporation's Motion to Dismiss the appeal on the basis of Lack of Jurisdiction and that the appeal was frivolous. (See Attached Exhibit No. 3)

Thus this Court should deny Barden Corporation's request to find Attorney Ikechukwu Umeugo in Contempt, and should not order Attorney Ikechukwu Umeugo to pay the Monetary Sanctions while his Appeal of the Sanctions Order is pending; neither should the Court impose a per diem fine against Attorney Umeugo or Suspend Attorney Umeugo's right to practice law in the District of Connecticut or incarcerate him.

Attorney Ikechukwu Umeugo as aforementioned hereby submits a Memorandum of Law in support of his objection to Barden Corporation's Motion for Contempt.

**RESPECTFULLY SUBMTTED,**

        By:      /s/
        Ikechukwu Umeugo (ct04536)
        Umeugo & Associates, P.C.
        620 Boston Post Rd.
        P.O. Box 26373
        West Haven, CT 06516
        (203) 931-2680 Phone
        (203) 931-2682 Fax
        Email: umeugoandassociates@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically this 29th day of May, 2008. Notice of this filing will be sent by e-mail to all parties by operation of the court's

electronic filing system. Parties may access this filing through the Court's system.

A copy of the foregoing has been mailed, US Mail, postage prepaid on May 29, 2008 to:

Attorney David S. Hardy
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

        /s/
Ikechukwu Umeugo