EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2006 OCT 27 P 1:21

U.S. DISTRICT COURT
NEW HAVEN, CT

Ralph Bello and Vera
Associates Limited Partnership

v.                                       CIVIL CASE NO. 3:01cv01531(AWT)

Barden Corporation

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Ikechukwu Umeugo__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order):
__Motion For Sanctions (see attached)__

2. The Judgment/Order in this action was entered on __9/29/06__
(date)

_____
Signature

Ikechukwu Umeugo
Print Name

Umeugo & Associates, P.C.
620 Boston Post Road
West Haven, CT 06516
Address

Date: 10/25/06                          203-931-2680
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BELLO AND VERA :
ASSOCIATES LIMITED PARTNERSHIP :
    Plaintiffs, :
     :
     :
v. : CIVIL NO. 3:01CV01531(AWT)
     :
BARDEN CORPORATION, :
     :
    Defendant. : DECEMBER 21, 2007

**MOTION TO STAY ORDER TO PAY ATTORNEY'S FEES AND EXPENSES**

Pursuant to Fed. R. App. P. 8(a)(1)(A), Attorney Ikechukwu Umeugo respectfully requests the Court to stay it's order to pay Barden Corporation's attorney's fees and expenses pending appeal, on the following grounds:

1. Attorney Umeugo has appealed this Court's decision granting Barden Corporation's motion for sanctions in the form of attorney's fees and expenses, by filing an appeal with the United States Court of Appeals, 2nd Circuit. (See Attorney Umeugo Exhibit 1, Notice of Appeal).

2. This Court's order to pay attorney's fees and expenses was entered by this Court on September 28, 2007, after Attorney Umeugo's appeal was filed. (See Court file).

3. In compliance with the 2nd Circuit filing deadline, Attorney Umeugo filed the appellate brief and joint appendix on November 23, 2007.

4. The said appeal is currently pending with the United States Court of Appeal, 2nd Circuit.

1

5.  Justice requires that a stay of order be granted pending the decision on appeal.

WHEREFORE, Attorney Umeugo respectfully moves this Court to stay the order to pay attorney's fees and expenses pending appeal.

RESPECTFULLY SUBMITTED,

By: _____/s/_____
Ikechukwu Umeugo(ct04536)
Umeugo & Associates, P.C.
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680
email: umeugoand.associates@snet.net

**CERTIFICATION**

2

This is to certify that a copy of the foregoing was sent electronically and by regular mail, postage prepaid this 21st day of December, 2007 to:

David S. Hardy, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

                                                                /s/
                                                        Ikechukwu Umeugo

EXHIBIT No. 3

D.Conn.
01-cv-1531
Thompson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of May, two thousand eight,

Present:
    Hon. Sonia Sotomayor,
    Hon. Debra Ann Livingston,
        *Circuit Judges,*
    Hon. Loretta A. Preska,*
        *District Judge.*

Ralph Bello and Vera Associates Limited Partnership,

    *Plaintiffs-Appellants,*

Ickechukwu Umeugo,

    *Appellant,*

v.                                  06-5013-cv

Barden Corporation,

    *Defendant-Appellee.*

Appellee moves to dismiss the appeal of Appellant Ikechukwu Umeugo, attorney for the plaintiffs-appellants, for lack of appellate jurisdiction or, alternatively, on the ground that it is frivolous. Upon due consideration, it is hereby ORDERED that the motion is DENIED. See *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1055 (2d Cir. 1993) (quoting *Welch v. Cadre Capital*, 923 F.2d 989, 992 & n.1 (2d Cir. 1991) ("A premature notice of appeal from a nonfinal order may ripen into a valid notice of appeal if a final judgment has been entered by the time the appeal is heard and the appellee suffers no prejudice.'")). The Clerk's Office is directed to issue a briefing schedule.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk

                              By: _____

---

*The Honorable Loretta A. Preska, United States District Court for the Southern District of New York, sitting by designation

SAO-LB

EXHIBIT No 4

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue · West Haven, Connecticut 06516

Phone: (203) 932-4454 · Fax: (203) 937-8274

DAVID S. HARDY                                           DECEMBER 31, 2007
195 CHURCH STREET
P.O.BOX 1950
NEW HAVEN,CONN. 06509-1950

DEAR DAVID:

I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND
JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND
EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR
ALL THE DAMAGES AS FOLLOWS:
JUDGEMENT AGAINST NATIONAL OIL SERVICE,INC. FOR &350,000.00.
      "        "   NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
      "        "   ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
      "        "   BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
      "        "   PATTISON SR. AND WENDY PATTISON FOR          1.00
2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR"BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I"OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello*