UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RALPH BELLO AND VERA  :
ASSOCIATES LIMITED PARTNERSHIP  :
    Plaintiffs,  :
  :
v.  :    CIVIL NO. 3:01CV01531(AWT)
  :
THE BARDEN CORPORATION  :
    Defendant.  :
  :
  :
  :    JUNE 19, 2008

## MOTION TO WITHDRAW APPEARANCE

    The undersigned once again hereby moves to renew his request to withdraw his appearance in this case as counsel for the plaintiffs, Ralph Bello, Vera Associates Limited Partnership, for the reason that the plaintiffs and the counsel Attorney Ikechukwu Umeugo **each desired and have ended their said attorney client relationship and legal representation**. Also the Plaintiffs have communicated through a written letter dated December 31, 2007 directly to the Court and Barden Corporation's Counsel without the knowledge of Attorney Umeugo (See Attached Exhibit No. 1).

    Despite the undersigned repeated and/or several written communications to the Plaintiffs notifying them that he does not represent them anymore and for Plaintiffs to file an Appearance or retain another Counsel to file an Appearance they have not done so. (See Attached Exhibits No. 2-5)

1

Further, involuntary servitude has been abolished in the United States. (See United States Laws and Constitution) The undersign should not be forced to represent anyone including the Plaintiffs against his will, otherwise it will amount to involuntary servitude, and/or against the Laws that Governs Legal Representation.

WHEREFORE, the undersign respectfully moves this Court to grant his Renewed Request to Withdraw his appearance in this case as Counsel for the Plaintiffs.

RESPECTFULLY SUBMTTED,

By: _____
Ikechukwu Umeugo (ct04536)
Umeugo & Associates, P.C.
620 Boston Post Rd.
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680 Phone
(203) 931-2682 Fax

## CERTIFICATION

This is to certify that a copy of the foregoing motion was mailed this the 19th day of June, 2008 to the following:

1) Ralph Bello
   840 Boston Post Road
   West Haven, CT 06516

2.) Vera Associates Limited Partnership
    840 Boston Post Road
    West Haven, CT 06516

3.) Attorney David S. Hardy
    Carmody & Torrance, LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509-1950

_____
Ikechukwu Umeugo

**PEOPLE'S PHOTO ID SYSTEMS**

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

EXHIBIT 1

DAVID S. HARDY
195 CHURCH STREET
P.O. BOX 1950
NEW HAVEN, CONN. 06509-1950

DECEMBER 31, 2007

DEAR DAVID:

I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR ALL THE DAMAGES AS FOLLOWS:

JUDGEMENT AGAINST NATIONAL OIL SERVICE, INC. FOR &350,000.00.
   "        "     NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
   "        "     ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
   "        "     BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
   "        "     PATTISON SR. AND WENDY PATTISON FOR           1.00

2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR"BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I "OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello*



EXHIBIT 2

# UMEUGO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
### 620 BOSTON POST ROAD
### POST OFFICE BOX 26373
### WEST HAVEN, CONNECTICUT 06516

**IKECHUKWU UMEUGO**

TEL: 203-931-2680
FAX: 203-931-2682

Email: umeugoand.associates@snet.net

*Associates*
CHRISTINE D. BENHAM

*Legal Secretary*
TWYLA ROBINSON

*Paralegal*
KAREN CANDELLI

May 9, 2008

**VIA CERTIFIED MAIL**
7006 0100 0004 8032 9570

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re:  **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

Enclosed herewith is a copy of a contempt motion dated May 7, 2008 received from Barden Corporation lawyer and asking the court to enter a contempt order regarding Judge Thompson's order and judgment to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond to this motion within the time allowed by the law (before May 29, 2008) or in a timely fashion.

Once again enclosed herewith is an appearance form for you to complete and file with Federal District Court.

Very truly yours,

Ikechukwu Umeugo
Attorney at Law

IU/tsr



# APPEARANCE

**CASE NUMBER:** _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____
Date

_____
Signature

_____
Connecticut Federal Bar Number

_____
Print Clearly or Type Name

_____
Telephone Number

_____
Address

_____
Fax Number

_____
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Ralph Bello
    Vera Associates
    840, Boston Post Road
    West Haven, CT 06516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Don Bello*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): DON BELLO
C. Date of Delivery: 5-10-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0004 8032 9570

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT 3**

# UMEUGO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

TEL: 203-931-2680
FAX: 203-931-2682

Email: umeugoand.associates@snet.net

**IKECHUKWU UMEUGO**

*Associates*
CHRISTINE D. BENHAM

*Legal Secretary*
TWYLA ROBINSON

*Paralegal*
KAREN CANDELLI

February 20, 2008

**VIA CERTIFIED MAIL**
7007 0710 0005 3230 7570

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re:   **Ralph Bello and Vera Associates vs. Barden Corporation**
      Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

Enclosed herewith is a copy of a letter dated February 14, 2008 received from Barden Corporation lawyer and once again he is requesting payment of Judge Thompson's order to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond within the time allowed by the law or in a timely fashion.

Once again enclosed herewith is an appearance form for you to complete and file with Federal District Court.

Very truly yours,

Ikechukwu Umeugo
Attorney at Law

IU/bam

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WEST HAVEN CT 06516  **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $0.41 | 0526 |
| Certified Fee | $2.65 | 12 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.21 | 02/23/2008 |

Sent To: Mr. Ralph Bello, Vera Associates
Street, Apt. No.; or PO Box No. 840 Boston Post Road
City, State, ZIP+4 West Haven, CT 06516

PS Form 3800, August 2006       See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Ralph Bello
   Vera Associates
   840, Boston Post Rd.
   West Haven, CT 06516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Don Bello*   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name): Don Bello     C. Date of Delivery: 2-25-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0005 3230 7570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____  _____
Date                          Signature

_____  _____
Connecticut Federal Bar Number   Print Clearly or Type Name

_____  _____
Telephone Number              Address

_____
Fax Number

_____
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Partner

Direct: 203-784-3119
dhardy@carmodylaw.com

February 14, 2008

**VIA FACSIMILE & REGULAR MAIL**

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   **Bello v. Barden Corporation**, No. 3:01CV01531 / 06-5013-cv

Dear Attorney Umeugo,

As you know, by letter dated December 12, 2007, Barden Corporation ("Barden") demanded that you and your clients make payment in accordance with Judge Thompson's sanctions orders by January 15, 2008. In response to this demand, you filed a motion to stay the sanctions orders on your own behalf. Since your clients did not appeal either the underlying order or the Court's award of fees and costs, those decisions are final as to them and your motion to stay is of no relevance to Barden's right to proceed against your clients. Your clients have not made arrangements for the satisfaction of their obligations in respond to Barden's demand letter through today's date.

Barden's demand apparently prompted your client, Ralph Bello, to send a non-responsive letter to me dated December 31, 2007, a copy of which is attached for your review. Insofar as the sanctions orders are final as to your clients and they have not appealed those orders, please be advised that if Barden does not receive payment, or if satisfactory arrangements for payment are not made by February 29, 2008, it intends to file a motion for contempt against both Mr. Bello and Vera Associates L.P. Once again, please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk
cc:   Joseph A. Wellington, Esq.

{N0782927}

WATERBURY                           NEW HAVEN                           SOUTHBURY

## PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

DAVID S. HARDY                                              DECEMBER 31, 2007
195 CHURCH STREET
P.O. BOX 1950
NEW HAVEN, CONN. 06509-1950

DEAR DAVID:

      I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND
JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND
EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR
ALL THE DAMAGES AS FOLLOWS:
JUDGEMENT AGAINST NATIONAL OIL SERVICE, INC. FOR &350,000.00.
    "    "    NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
    "    "    ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
    "    "    BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
    "    "    PATTISON SR. AND WENDY PATTISON FOR        1.00
2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR "BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I "OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello*

Case 3:01-cv-01531-AWT    Document 99    Filed 06/23/2008    Page 13 of 17



EXHIBIT 4

# UMEUGO & ASSOCIATES P.C.
ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

IKECHUKWU UMEUGO

TEL: 203-931-2680
FAX: 203-931-2682

Associates
CHRISTINE D. BENHAM

Email: umeugoand.associates@snet.net

Legal Secretary
SHANNON McMANUS

December 26, 2007

**VIA CERTIFIED MAIL**

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

RE:  **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.:    U/0660-001

Dear Mr. Bello and Vera Associates,

Enclosed is a copy of a letter received from Barden Corporation lawyer requesting payment of Judge Thompson's order to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond within the time allowed by the law or in a timely fashion.

Very truly yours,

Ikechukwu Umeugo
Attorney at Law

IU/slm

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ron Bello_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR. RALPH BELLO<br>VERA ASSOCIATES<br>840 BOSTON POST ROAD<br>WEST HAVEN, CT 06516 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0100 0004 8032 9860 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Associate

Direct: 203-784-3119
dhardy@carmodylaw.com

December 12, 2007

**_VIA FACSIMILE & REGULAR MAIL_**

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   <u>Bello v. Barden Corporation</u>, No. 3:01CV01531 / 06-5013-cv

Dear Ike,

Barden Corporation ("Barden") hereby makes demand upon you and your clients jointly for payment in the amount of $67,192 and upon you individually for additional payment in the amount of $32,762. Please direct payment to the undersigned. As you may know, your appeal does not stay the court's order of sanctions. Accordingly, if we do not receive payment in full or satisfactory arrangements for payment in full by January 15, 2008, Barden will file a motion for contempt against you and your clients due to your failure to comply with the court's sanctions orders, as amended on October 22, 2007. See <u>Huber v. Marine Midland Bank</u>, 51 F3d 5 (2nd Cir. 1995); <u>Verone v. Toconic Telephone Co.</u>, 826 F. Supp. 632 (N.D.N.Y. 1993). Please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk

cc:   Joseph A. Wellington

{N0777811}

WATERBURY                    NEW HAVEN                    SOUTHBURY

EXHIBIT 5

**UMEUGO & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

IKECHUKWU UMEUGO

TEL: 203-931-2680
FAX: 203-931-2682

Associates
CHRISTINE D. BENHAM

Email: umeugoand.associates@snet.net

legal secretary
BERNADETTE MATTHEWS

December 18, 2006

VIA CERTIFIED MAIL
7006 0100 0004 8032 8757

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re: **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

Since I do not represent you and Vera Associates, enclosed is the United District Court Appearance form that needs to be filled by you on behalf of Ralph Bello and Vera Associates Limited Partnership and filed with the court.

Sincerely,

Ikechukwu Umeugo
Attorney at Law

IU/bam

Enclosure

[Certified Mail Receipt affixed, postmarked 12/19/2006, sent to Mr. Ralph Bello + Vera Associates, 840 Boston Post Road, West Haven, CT 06516]

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____
Date

_____
Connecticut Federal Bar Number

_____
Telephone Number

_____
Fax Number

_____
E-mail address

_____
Signature

_____
Print Clearly or Type Name

_____
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001