## PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

EXHIBIT
1

DAVID S. HARDY    DECEMBER 31, 2007
195 CHURCH STREET
P.O.BOX 1950
NEW HAVEN, CONN. 06509-1950

DEAR DAVID:
    I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND
JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND
EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR
ALL THE DAMAGES AS FOLLOWS:
JUDGEMENT AGAINST NATIONAL OIL SERVICE,INC. FOR &350,000.00.
    "    "    NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
    "    "    ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
    "    "    BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
    "    "    PATTISON SR. AND WENDY PATTISON FOR    1.00
2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR"BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I"OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello* (signature)



# UMEUGO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

IKECHUKWU UMEUGO

TEL: 203-931-2680
FAX: 203-931-2682

Email: umeugoand.associates@snet.net

Associates
CHRISTINE D. BENHAM

Legal Secretary
TWYLA ROBINSON

Paralegal
KAREN CANDELLI

May 9, 2008

**VIA CERTIFIED MAIL**
7006 0100 0004 8032 9570

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re:  **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

Enclosed herewith is a copy of a contempt motion dated May 7, 2008 received from Barden Corporation lawyer and asking the court to enter a contempt order regarding Judge Thompson's order and judgment to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond to this motion within the time allowed by the law (before May 29, 2008) or in a timely fashion.

Once again enclosed herewith is an appearance form for you to complete and file with Federal District Court.

Very truly yours,

Ikechukwu Umeugo
Attorney at Law

IU/tsr



DISTRICT OF CONNECTICUT

# APPEARANCE

CASE NUMBER: 

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____  
Date

_____  
Connecticut Federal Bar Number

_____  
Telephone Number

_____  
Fax Number

_____  
E-mail address

_____  
Signature

_____  
Print Clearly or Type Name

_____  
Address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Ralph Bello
   Vera Associates
   840, Boston Post Road
   West Haven, CT 06516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Don Bello*          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DON BELLO                        5-10-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0004 8032 9570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT 3**

# UMEUGO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

TEL: 203-931-2680
FAX: 203-931-2682

Email: umeugoand.associates@snet.net

IKECHUKWU UMEUGO

Associates
CHRISTINE D. BENHAM

Legal Secretary
TWYLA ROBINSON

Paralegal
KAREN CANDELLI

February 20, 2008

**VIA CERTIFIED MAIL**
7007 0710 0005 3230 7570

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re: **Ralph Bello and Vera Associates vs. Barden Corporation**
    Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

    Enclosed herewith is a copy of a letter dated February 14, 2008 received from Barden Corporation lawyer and once again he is requesting payment of Judge Thompson's order to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond within the time allowed by the law or in a timely fashion.
    Once again enclosed herewith is an appearance form for you to complete and file with Federal District Court.

Very truly yours,

Ikechukwu Umeugo
Attorney at Law

IU/bam



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Ralph Bello
   Vera Associates
   840, Boston Post Rd.
   West Haven, CT 06516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Don Bello*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Don Bello    2-25-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0005 3230 7570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____  _____
Date                         Signature

_____  _____
Connecticut Federal Bar Number   Print Clearly or Type Name

_____  _____
Telephone Number             Address

_____
Fax Number

_____
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Partner

Direct: 203-784-3119
dhardy@carmodylaw.com

February 14, 2008

*VIA FACSIMILE & REGULAR MAIL*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   **Bello v. Barden Corporation**, No. 3:01CV01531 / 06-5013-cv

Dear Attorney Umeugo,

As you know, by letter dated December 12, 2007, Barden Corporation ("Barden") demanded that you and your clients make payment in accordance with Judge Thompson's sanctions orders by January 15, 2008. In response to this demand, you filed a motion to stay the sanctions orders on your own behalf. Since your clients did not appeal either the underlying order or the Court's award of fees and costs, those decisions are final as to them and your motion to stay is of no relevance to Barden's right to proceed against your clients. Your clients have not made arrangements for the satisfaction of their obligations in respond to Barden's demand letter through today's date.

Barden's demand apparently prompted your client, Ralph Bello, to send a non-responsive letter to me dated December 31, 2007, a copy of which is attached for your review. Insofar as the sanctions orders are final as to your clients and they have not appealed those orders, please be advised that if Barden does not receive payment, or if satisfactory arrangements for payment are not made by February 29, 2008, it intends to file a motion for contempt against both Mr. Bello and Vera Associates L.P. Once again, please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk
cc:   Joseph A. Wellington, Esq.

{N0782927}

WATERBURY          NEW HAVEN          SOUTHBURY

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

DAVID S. HARDY                                                      DECEMBER 31, 2007
195 CHURCH STREET
P.O. BOX 1950
NEW HAVEN, CONN. 06509-1950

DEAR DAVID:

      I SENT THE SAME LETTER TO JUDGE THOMPSN THAT I'M SENDING YOU.!
I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER, JUDGE LEVIN AND
JUDGE LEAVITT, WHO ALL RULED IN MY FAVOR AND TOLD MY TENANT TO "CEASE AND DESIST" AND
EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE AND HAVE HIS COMPANIES PAY FOR
ALL THE DAMAGES AS FOLLOWS:
JUDGEMENT AGAINST NATIONAL OIL SERVICE, INC. FOR &350,000.00.
    "    "    NATIONAL TANK AND CONSTRUCTION FOR $215,000.00
    "    "    ATLANTIC ENVIRONMENT LABORATORY FOR $423,000.00
    "    "    BELL HARBOR ENVIRONMENTAL COMPANY FOR $60,000.00
    "    "    PATTISON SR. AND WENDY PATTISON FOR          1.00
2ND COUNT AGAINST ALL DEFENDANTS FOR $1,000,000.00 PLUS TAXABLE COSTS.
ON APRIL OF 1998, ROBERT PATTISON SR. FILED FOR "BANRUPTCY".!
MY TENANT OWED ME OVER ($200,000.00) FOR BACK RENTS.!
THERE IS SOMETHING RADICALLY WRONG WITH OUR COUNTRY.!
I "OBEY ALL THE LAWS OF OUR LAND" AND THEY SAY I'M "GUILTY".!
MY TENANT "BREAKS" ALL THE LAWS OF OUR LAND", AND HE GOES "FREE".!
WHAT DOES THAT SAY ABOUT OUR "CORRUPT AND DIS-HONEST" JUSTICE SYSTEM.???
WHAT SAY YOU.?
THANKYOU.
RALPH "ROCKY" BELLO.

*Ralph "Rocky" Bello*

EXHIBIT 4

## UMEUGO & ASSOCIATES P.C.
### ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

IKECHUKWU UMEUGO

TEL: 203-931-2680
FAX: 203-931-2682

*Associates*
CHRISTINE D. BENHAM

Email: umeugoand.associates@snet.net

*Legal Secretary*
SHANNON McMANUS

December 26, 2007

VIA CERTIFIED MAIL

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

RE: **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.: U/0660-001

Dear Mr. Bello and Vera Associates,

Enclosed is a copy of a letter received from Barden Corporation lawyer requesting payment of Judge Thompson's order to pay attorney's fees and cost. As you know, I do not represent you any longer, so see to it that you respond within the time allowed by the law or in a timely fashion.

Very truly yours,

*[signature]*

Ikechukwu Umeugo
Attorney at Law

IU/slm

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ron Bello_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR. RALPH BELLO<br>VERA ASSOCIATES<br>840 BOSTON POST ROAD<br>WEST HAVEN, CT 06516 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0004 8032 9860 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Associate

Direct: 203-784-3119
dhardy@carmodylaw.com

December 12, 2007

**VIA FACSIMILE & REGULAR MAIL**

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:  **Bello v. Barden Corporation**, No. 3:01CV01531 / 06-5013-cv

Dear Ike,

Barden Corporation ("Barden") hereby makes demand upon you and your clients jointly for payment in the amount of $67,192 and upon you individually for additional payment in the amount of $32,762. Please direct payment to the undersigned. As you may know, your appeal does not stay the court's order of sanctions. Accordingly, if we do not receive payment in full or satisfactory arrangements for payment in full by January 15, 2008, Barden will file a motion for contempt against you and your clients due to your failure to comply with the court's sanctions orders, as amended on October 22, 2007. See Huber v. Marine Midland Bank, 51 F3d 5 (2nd Cir. 1995); Verone v. Toconic Telephone Co., 826 F. Supp. 632 (N.D.N.Y. 1993). Please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk

cc:  Joseph A. Wellington

{N0777811}

WATERBURY                              NEW HAVEN                              SOUTHBURY



EXHIBIT 5

# UMEUGO & ASSOCIATES, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
620 BOSTON POST ROAD
POST OFFICE BOX 26373
WEST HAVEN, CONNECTICUT 06516

IKECHUKWU UMEUGO

TEL: 203-931-2680
FAX: 203-931-2682

Email: umeugoand.associates@snet.net

Associates
CHRISTINE D. BENHAM

legal secretary
BERNADETTE MATTHEWS

December 18, 2006

**VIA CERTIFIED MAIL**
7006 0100 0004 8032 8757

Mr. Ralph Bello
Vera Associates
840 Boston Post Road
West Haven, CT 06516

Re: **Ralph Bello and Vera Associates vs. Barden Corporation**
Our File No.: U/1660-001

Dear Mr. Bello and Vera Associates:

Since I do not represent you and Vera Associates, enclosed is the United District Court Appearance form that needs to be filled by you on behalf of Ralph Bello and Vera Associates Limited Partnership and filed with the court.

Sincerely,

Ikechukwu Umeugo
Attorney at Law

IU/bam

Enclosure



# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

# APPEARANCE

**CASE NUMBER:**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____  _____
Date                          Signature

_____  _____
Connecticut Federal Bar Number  Print Clearly or Type Name

_____  _____
Telephone Number              Address

_____
Fax Number

_____
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

EXHIBIT
6

# CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, Connecticut
06509-1950

Telephone: 203 777-5501
Facsimile: 203 784-3199
www.carmodylaw.com

David S. Hardy
Partner

Direct: 203-784-3119
dhardy@carmodylaw.com

February 14, 2008

*VIA FACSIMILE & REGULAR MAIL*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT 06516

Re:   <u>Bello v. Barden Corporation</u>, No. 3:01CV01531 / 06-5013-cv

Dear Attorney Umeugo,

As you know, by letter dated December 12, 2007, Barden Corporation ("Barden") demanded that you and your clients make payment in accordance with Judge Thompson's sanctions orders by January 15, 2008. In response to this demand, you filed a motion to stay the sanctions orders on your own behalf. Since your clients did not appeal either the underlying order or the Court's award of fees and costs, those decisions are final as to them and your motion to stay is of no relevance to Barden's right to proceed against your clients. Your clients have not made arrangements for the satisfaction of their obligations in respond to Barden's demand letter through today's date.

Barden's demand apparently prompted your client, Ralph Bello, to send a non-responsive letter to me dated December 31, 2007, a copy of which is attached for your review. Insofar as the sanctions orders are final as to your clients and they have not appealed those orders, please be advised that if Barden does not receive payment, or if satisfactory arrangements for payment are not made by February 29, 2008, it intends to file a motion for contempt against both Mr. Bello and Vera Associates L.P. Once again, please note that Barden reserves its right to claim additional sanctions in connection with the appeal. I trust that you will give this matter your immediate attention.

Very truly yours,

David S. Hardy

DSH/dk
cc:   Joseph A. Wellington, Esq.

{N0782927}

WATERBURY                      NEW HAVEN                      SOUTHBURY

EXHIBIT 7

D.Conn.
01-cv-1531
Thompson, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of May, two thousand eight,

Present:
    Hon. Sonia Sotomayor,
    Hon. Debra Ann Livingston,
        *Circuit Judges,*
    Hon. Loretta A. Preska,*
        *District Judge.*

FILED MAY 21 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Ralph Bello and Vera Associates Limited Partnership,

    *Plaintiffs-Appellants,*

Ickechukwu Umeugo,

    *Appellant,*

v.                                 06-5013-cv

Barden Corporation,

    *Defendant-Appellee.*

Appellee moves to dismiss the appeal of Appellant Ikechukwu Umeugo, attorney for the plaintiffs-appellants, for lack of appellate jurisdiction or, alternatively, on the ground that it is frivolous. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1055 (2d Cir. 1993) (quoting *Welch v. Cadre Capital*, 923 F.2d 989, 992 & n.1 (2d Cir. 1991) ("A premature notice of appeal from a nonfinal order may ripen into a valid notice of appeal if a final judgment has been entered by the time the appeal is heard and the appellee suffers no prejudice.'")). The Clerk's Office is directed to issue a briefing schedule.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: [signature]

---

*The Honorable Loretta A. Preska, United States District Court for the Southern District of New York, sitting by designation.
SAO-LB