UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - - - -
RALPH BELLO AND VERA ASSOCIATES    :
LIMITED PARTNERSHIP,               :
                                   :
            Plaintiffs,            :
                                   :
       v                           :    3:01cv01531 (AWT)
                                   :
BARDEN CORPORATION,                :
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - - -
```

**ORDER RE MOTION TO STAY ORDER TO PAY ATTORNEY'S FEES AND EXPENSES**

Attorney Ikechukwu Umeugo's Motion to Stay Order to Pay Attorney's Fees and Expenses (Doc. No. 92) is hereby DENIED without prejudice.

The Second Circuit has held that courts must consider the following four factors in deciding whether to grant a motion for stay pending an appeal:

> (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.

In re World Trade Center Disaster Site Litigation, 503 F.3d 167, 170 (2d Cir. 2007) (quoting Hilton v. Braunskill, 481 U.S. 770, 776 (1987)).  Because Attorney Umeugo has failed to address these factors in his motion to stay, the court is denying his motion.

It is so ordered.

Dated this 15th day of August 2008 at Hartford, Connecticut.

                                               /s/ AWT
                                     Alvin W. Thompson
                              United States District Judge